IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ELVIN JOHNSON, <br> AIS #151292, <br>    Plaintiff, <br> vs. <br> DR. TIMOTHY ILIFF, <br>    Defendants. | ) ) ) ) ) ) ) ) ) ) )   CIVIL ACTION NO. 15-0614-CG-M |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that that Defendant's Motion for Summary Judgment be granted and that Plaintiff's action be dismissed with prejudice.

**DONE and ORDERED** this 15th day of June, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE