IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ELVIN JOHNSON,<br>AIS #151292, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )    CIVIL ACTION NO. 15-0614-CG-M<br>) |
| DR. TIMOTHY ILIFF, | )<br>) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED** and **DECREED** that this action is hereby **DISMISSED** with prejudice.

**DONE and ORDERED** this 15th day of June, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE